**LEEPER, R.**

v.

**TINKEY, J.**

100 WDA 2016

Superior Court of Pennsylvania.

04/18/2017

231 civil 2006 (Somerset)

Affirmed

**COM.**

v.

**LITZ, M.**

516 WDA 2016

Superior Court of Pennsylvania.

4/18/2017

CP–25–CR–0001495–2015

(Erie)

Affirmed—Application to Withdraw as Counsel Granted

**COM.**

v.

**SPAULDING, B.**

622 WDA 2016

Superior Court of Pennsylvania.

04/18/2017

CP–43–CR–0000834–2011

CP–43–CR–0000835–2011

(Mercer)

Affirmed—Application to Withdraw as Counsel Granted

**COM.**

v.

**PATTERSON, T.**

1029 WDA 2016

Superior Court of Pennsylvania.

04/18/2017

Reargument Denied 6/28/2017

CP–26–CR–0000295–2003

(Fayette)

Affirmed

